FILED

2003 OCT 28 P 12: 23

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| Karen L. Marx<br>    Plaintiff<br>vs.<br><br>Matthew E. Schriver<br>    Defendant | )<br>)CIVIL ACTION<br>)NO. 3:02-CV-00116 (WWE)<br>)<br>)<br>)<br>)OCTOBER 17, 2003 |

## STIPULATION FOR DISMISSAL

It is hereby stipulated between the parties to the above entitled action, that the said action be dismissed with prejudice and without costs or counsel fees to either party for the reason that it has been settled

                                                                   THE PLAINTIFF,
                                                                   KAREN MARX

                                                                   By_____
                                                                   Richard G. Kascak
                                                                   Mihaly and Kascak
                                                                   925 White Plains Road
                                                                   Trumbull, CT 06611
                                                                   Tel. 203-452-9077
                                                                   Federal Bar No. ct07820

THE DEFENDANT

By *[signature: Lewis S. Lerman]*
Lewis S. Lerman
Bai, Pollock, Blueweiss & Mulcahey, P.C.
10 Middle Street
Bridgeport, CT 06604
Federal Bar No. ct05500