02CV116 STIPDISM

FILED
2003 OCT 28 P 12: 23

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| Karen L. Marx<br>    Plaintiff<br>vs.<br><br>Matthew E. Schriver<br>    Defendant | ) <br>)CIVIL ACTION<br>)NO. 3:02-CV-00116 (WWE)<br>)<br>)<br>)<br>)OCTOBER 17, 2003 |

### STIPULATION FOR DISMISSAL

It is hereby stipulated between the parties to the above entitled action, that the said action be dismissed with prejudice and without costs or counsel fees to either party for the reason that it has been settled

APPROVED and SO ORDERED
Warren W. Eginton, Sr. USDJ
Bridgeport, CT  11/05/03

FILED
2003 NOV -6 P 2: 13
US DISTRICT COURT
BRIDGEPORT CT

                                          THE PLAINTIFF,
                                          KAREN MARX

                                          By_____
                                          Richard G. Kascak
                                          Mihaly and Kascak
                                          925 White Plains Road
                                          Trumbull, CT 06611
                                          Tel. 203-452-9077
                                          Federal Bar No. ct07820